1034

No. 87–1352. BOARD OF TRUSTEES OF THE UNIVERSITY OF ARKANSAS ET AL. *v.* LEGRAND ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–1363. KELLY, CHIEF STATE'S ATTORNEY, ET AL. *v.* WILKINSON ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–1381. MARGOLIN *v.* BOARD OF EDUCATION, COMMACK UNION FREE SCHOOL DISTRICT. Ct. App. N. Y. Certiorari denied.

No. 87–1390. MAKAH TRIBE ET AL. *v.* WASHINGTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–1421. CITY OF COLUMBUS, OHIO, ET AL. *v.* BRUNET ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–1466. AINSWORTH ET UX. *v.* SHELL OFFSHORE INC. C. A. 5th Cir. Certiorari denied.

No. 87–1483. TENG *v.* ALABAMA AGRICULTURAL AND MECHANICAL UNIVERSITY. C. A. 11th Cir. Certiorari denied.

No. 87–1500. SCHUYT *v.* ROWE PRICE PRIME RESERVE FUND, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–1501. FARWEST STEEL CORP. *v.* BARGE SEA-SPAN 241, AKA BARGE CERES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–1502. GORDON *v.* GORDON. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 87–1504. LOENGARD ET AL. *v.* SANTA FE INDUSTRIES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–1508. BEAN DREDGING CORP. *v.* OLSEN, COMMISSIONER OF REVENUE OF TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 87–1512. DORITY *v.* OREGON. Ct. App. Ore. Certiorari denied.